AO 91 (Rev. 08/09)  Criminal Complaint

United States District Court
Southern District of Texas
FILED
SEP 18 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Ricardo DE LA ROSA
YOB: 1976  Citizenship: United States

)
)
)
)
)
)
)

Case No.  M-20-1896-M

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 18, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | knowingly enticing a minor using a computer |
| 18 U.S.C. § 1470 | knowingly transferring obscene material to a minor by computer |

This criminal complaint is based on these facts:
On September 18, 2020, Ricardo DE LA ROSA was arrested after investigators interviewed DE LA ROSA at his residence of 617 S. Glasscock Blvd, Alton, TX.  DE LA ROSA admitted to enticing minors and transfering obscene material to minors using a device connected to the internet.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Complaint authorized by: AUSA M. Alexis Garcia

/s/ Alberto Rosa
*Complainant's signature*

Alberto Rosa , HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: 9/18/2020     6:49 p.m.

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Peter E. Ormsby
*Printed name and title*

## Attachment "A"

On October 3, 2019, Homeland Security Investigations (HSI) Special Agents (SAs) received a request for assistance from La Joya, Texas Independent School District (ISD) Police Department (LJ ISD PD). Concerned LJ ISD staff members reported to LJ ISD PD that they had observed two minors with an adult male during a school football game. The adult male was later identified as Ricardo DE LA ROSA, and he was confirmed not to be related to the minors.

HSI SAs obtained one of the minor's phone and observed images of the adult male, matching DE LA ROSA's description, kissing one of the minors on the lips. HSI SAs observed several screenshots of DE LA ROSA displaying his genitalia while on Facetime (live video chat using Apple devices) with the minors (the minors' faces also appeared on the screenshots). HSI SAs also observed several chat messages between the minors and DE LA ROSA, in which DE LA ROSA stated to a minor "I love you."

On September 18, 2020, HSI Special Agents conducted a "knock and talk" on 617 S. Glasscock Blvd, Alton, TX, DE LA ROSA's residence. HSI Special Agents encountered and subsequently interviewed DE LA ROSA. HSI Special Agents read DE LA ROSA his statement of rights, which DE LA ROSA waived in writing and elected to speak to the agents. DE LA ROSA admitted during an interview to contacting two minors and exposing his genitalia using social media. DE LA ROSA admitted to having sexual contact with one minor. DE LA ROSA admitted to buying a ring for one of the minors.

The facts were presented to an Assistant United States Attorney and prosecution was accepted for violations of 18 USC 2422(b), enticement of a minor and 18 USC 1470, transferring obscene material to a minor.